### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE PENNSYLVANIA EASTERN (READING) DISTRICT OF
### PENNSYLVANIA

| | |
|---|---|
| IN RE: Cristina Thomason<br>Joel Thomason<br><br>Debtor(s) | CHAPTER 7<br><br>BKY. NO. 19-16668 JKF |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of U.S. Bank Trust National Association, as Trustee for Towd Point Master Funding Trust 2019-PM12 and index same on the master mailing list.

                                          Respectfully submitted,
                                          **/s/ Rebecca A. Solarz Esquire**
                                          Rebecca A Solarz, Esquire
                                          Kevin G. McDonald, Esquire
                                          KML Law Group, P.C.
                                          701 Market Street, Suite 5000
                                          Philadelphia, PA 19106-1532
                                          (215) 627-1322