| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **Joel**                                               **Thomason** | |
| | First Name            Middle Name            Last Name | |
| Debtor 2 | **Cristina**                                **Thomason** | |
| (Spouse, if filing) | First Name            Middle Name            Last Name | |
| United States Bankruptcy Court for the: | **EASTERN DIST. OF PENNSYLVANIA** | |
| Case number (if known) | **19-16668** | ☑ Check if this is an amended filing |

Official Form 106C

## Schedule C: The Property You Claim as Exempt      04/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions--such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds--may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☑ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>**236 Second Street, Slatington, PA 18080**<br>**1st Mortgage Maturity Date March 2055 - Bal=$72,742.22**<br>**2nd Mortgage Maturity Date April 2055 - Bal= $58,014.86**<br><br>The scheduled value is based on a recent Zillow.com analysis<br>Line from *Schedule A/B*: **1.1** | $121,040.00 | ☑      $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(1) |

3. **Are you claiming a homestead exemption of more than $170,350?**
   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
        ☐ No
        ☐ Yes

Official Form 106C                Schedule C: The Property You Claim as Exempt               page 1

Debtor 1 **Joel Thomason**
Debtor 2 **Cristina Thomason**    Case number (if known) **19-16668**

## Part 2: Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>Check only one box for each exemption | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>**1999 Toyota Sienna (approx. 235,800 miles)**<br>**1999 Toyota Sienna (approx. 235,000 miles)**<br>**The scheduled value is the average of Trade In Value ($450) and Suggested Retail Value ($1,323) as per kbb.com**<br>Line from *Schedule A/B*: **3.1** | $886.50 | ☑ $886.50<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(2) |
| Brief description:<br>**1995 Chevy Cargo Van (approx. 257,500 miles)**<br><br>**The scheduled value is the average of Trade In Value ($304) and Suggested Retail Value ($1,249) as per kbb.com**<br>Line from *Schedule A/B*: **3.2** | $1,553.00 | ☑ $1,553.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(2) |
| Brief description:<br>**1990 Toyota 4Runner (approx. 218,700 miles)**<br>**1990 Toyota 4Runner (218,700 approx. mileage)**<br><br>**This is a non-running vehicle. The scheduled value is the local scrap value.**<br>**(1st exemption claimed for this asset)**<br>Line from *Schedule A/B*: **3.3** | $100.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(2) |
| Brief description:<br>**1990 Toyota 4Runner (approx. 218,700 miles)**<br>**1990 Toyota 4Runner (218,700 approx. mileage)**<br><br>**This is a non-running vehicle. The scheduled value is the local scrap value.**<br>**(2nd exemption claimed for this asset)**<br>Line from *Schedule A/B*: **3.3** | $100.00 | ☑ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description:<br>**Furniture and Household Goods typical to a 3 bedroom home**<br>Line from *Schedule A/B*: **6** | $2,033.00 | ☑ $2,033.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |

| Debtor 1 | **Joel Thomason** | | |
|---|---|---|---|
| Debtor 2 | **Cristina Thomason** | Case number (if known) | **19-16668** |

### Part 2: Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **Cell phones x 2**<br>Line from Schedule A/B: **7** | $200.00 | ☑ $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: **Firearms x 4**<br>Line from Schedule A/B: **10** | $730.00 | ☑ $730.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: **Wearing apparel and shoes**<br>Line from Schedule A/B: **11** | $470.00 | ☑ $470.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: **watch and misc. costume jewlery**<br>Line from Schedule A/B: **12** | $25.00 | ☑ $25.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(4) |
| Brief description: **Cash on Hand**<br>Line from Schedule A/B: **16** | $20.00 | ☑ $20.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description: **Checking account**<br>Line from Schedule A/B: **17.1** | $123.10 | ☑ $123.10<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description: **Checking account-business**<br>Line from Schedule A/B: **17.2** | $395.34 | ☑ $395.34<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description: **Tools of Trade**<br>Line from Schedule A/B: **40** | $3,700.00 | ☑ $3,700.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(6) |

| | |
|---|---|
| Debtor 1 | **Joel Thomason** |
| Debtor 2 | **Cristina Thomason** |

Case number (if known) __19-16668__

## Part 2: Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>*Copy the value from Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>**Allentown Vending Service LLC - Sole owned by Debtor 1**<br>**LLC owns 27 snack and soda vending machines ranging from fair to good condition with an overall appraised value of $11,150.**<br><br>**Appraisal completed by Giorgio Marrella - Philadelphia area expert in the buying, selling and repairing of used vending machines.**<br>Line from *Schedule A/B*: __44__ | $11,150.00 | ☑ $11,150.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |