| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **Joel** | **Thomason** |
| | First Name    Middle Name | Last Name |
| Debtor 2 | **Cristina** | **Thomason** |
| (Spouse, if filing) | First Name    Middle Name | Last Name |
| United States Bankruptcy Court for the: | **EASTERN DIST. OF PENNSYLVANIA** | |
| Case number (if known) | **19-16668** | |

☑ Check if this is an amended filing

Official Form 106Sum

# Summary of Your Assets and Liabilities and Certain Statistical Information          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new Summary and check the box at the top of this page.

## Part 1:   Summarize Your Assets

**Your assets**
Value of what you own

**1.** *Schedule A/B: Property* (Official Form 106A/B)

   1a.  Copy line 55, Total real estate, from Schedule A/B............................................................................... **$121,040.00**

   1b.  Copy line 62, Total personal property, from Schedule A/B..................................................................... **$21,385.94**

   1c.  Copy line 63, Total of all property on Schedule A/B................................................................................ **$142,425.94**

## Part 2:   Summarize Your Liabilities

**Your liabilities**
Amount you owe

**2.** *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a.  Copy the total you listed in Column A, Amount of claim, at the bottom of the last page of Part 1 of Schedule D..... **$130,757.08**

**3.** *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a.  Copy the total claims from Part 1 (priority unsecured claims) from line 6e of Schedule E/F................................... **$266.00**

   3b.  Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of Schedule E/F........................ + **$8,481.02**

**Your total liabilities**   **$139,504.10**

## Part 3:   Summarize Your Income and Expenses

**4.** *Schedule I: Your Income* (Official Form 106I)
Copy your combined monthly income from line 12 of Schedule I.............................................................................. **$3,875.86**

**5.** *Schedule J: Your Expenses* (Official Form 106J)
Copy your monthly expenses from line 22c of Schedule J........................................................................................ **$3,774.42**

Official Form 106Sum          Summary of Your Assets and Liabilities and Certain Statistical Information          page 1

Debtor 1 **Joel Thomason**
Debtor 2 **Cristina Thomason**   Case number (if known) __19-16668__

| Part 4: | Answer These Questions for Administrative and Statistical Records |
|---|---|

**6. Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.
☒ Yes

**7. What kind of debt do you have?**

☒ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

**8.** From the *Statement of Your Current Monthly Income:* Copy your total current monthly income from Official Form 122A-1 Line 11; **OR,** Form 122B Line 11; **OR,** Form 122C-1 Line 14.    __$3,927.39__

**9. Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F:***

**Total claim**

From Part 4 on *Schedule E/F,* copy the following:

9a. Domestic support obligations. (Copy line 6a.) __$0.00__

9b. Taxes and certain other debts you owe the government. (Copy line 6b.) __$266.00__

9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) __$0.00__

9d. Student loans. (Copy line 6f.) __$0.00__

9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) __$0.00__

9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) + __$0.00__

9g. **Total.** Add lines 9a through 9f. __$266.00__