**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Joel** | | **Thomason** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Cristina** | | **Thomason** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **EASTERN DIST. OF PENNSYLVANIA**

Case number (if known)  **19-16668**

☒ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules     12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☒ No

☐ Yes. Name of person _____  Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Joel Thomason**                         X **/s/ Cristina Thomason**
Joel Thomason, Debtor 1                          Cristina Thomason, Debtor 2

Date **01/14/2020**                              Date **01/14/2020**
MM / DD / YYYY                                   MM / DD / YYYY