Certificate Number: 17572-PAE-DE-034056699

Bankruptcy Case Number: 19-16668



17572-PAE-DE-034056699

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 6, 2020, at 12:16 o'clock PM PST, Cristina E Thomason completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   February 6, 2020             By:   /s/Benjamin E Wunsch

                                    Name:  Benjamin E Wunsch

                                    Title: Counselor