United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 19-16668-pmm
Joel Thomason                                                                   Chapter 7
Cristina Thomason
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: Marie     Page 1 of 2
Date Rcvd: Sep 28, 2020     Form ID: 195     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2020:**

**Recip ID    Recipient Name and Address**
db/jdb     + Joel Thomason, Cristina Thomason, 236 Second Street, Slatington, PA 18080-1812

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID    Bypass Reason    Name and Address**
jdb     *+     Cristina Thomason, 236 Second Street, Slatington, PA 18080-1812

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 30, 2020          Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 28, 2020 at the address(es) listed below:

**Name    Email Address**

LARRY W. MILLER, JR.
    on behalf of Joint Debtor Cristina Thomason lmiller@millerlawgroup.net sjameson@millerlawgroup.net

LARRY W. MILLER, JR.
    on behalf of Debtor Joel Thomason lmiller@millerlawgroup.net sjameson@millerlawgroup.net

MICHAEL H KALINER
    on behalf of Trustee Michael H Kaliner mhkaliner@gmail.com pa35@ecfcbis.com

Michael H Kaliner
    mhkaliner@gmail.com pa35@ecfcbis.com

District/off: 0313-4 | User: Marie | Page 2 of 2
Date Rcvd: Sep 28, 2020 | Form ID: 195 | Total Noticed: 1

REBECCA ANN SOLARZ
on behalf of Creditor U.S. Bank Trust National Association  as Trustee for Towd Point Master Funding Trust 2019-PM12 bkgroup@kmllawgroup.com

ROBERT J. DAVIDOW
on behalf of Creditor Santander Bank  N.A. robert.davidow@phelanhallinan.com

THOMAS YOUNG.HAE SONG
on behalf of Creditor SANTANDER BANK  N.A. paeb@fedphe.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

**UNITED STATES BANKRUPTCY COURT**
*EASTERN DISTRICT OF PENNSYLVANIA*

In re: : Chapter 7

Joel Thomason and Cristina Thomason : Case No. 19−16668−pmm
      Debtor(s)

### *ORDER*
_____

AND NOW, this day , September 28, 2020 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Patricia M. Mayer
Judge , United States Bankruptcy Court